# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Nashville__
__Tennessee__ Division

Plaintiff(s): **PETER STEVEN BEELER JR.**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): **WEST NASHVILLE WRECKER**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

**RECEIVED OCT 31 2025 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: PETER STEVEN BEELER JR.
Address: 565 S. MOUNT JULIET ROAD
MT. JULIET  TN  37122
City / State / Zip Code

County: WILSON
Telephone Number: 615-491-3541
E-Mail Address: SKYSTHELIMITRENOVATIONS2025@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: West Nashville Wrecker Service
Job or Title (if known): Tow Company
Address: 6400 LOUISIANA AVE.
NASHVILLE  TN  37209
City / State / Zip Code

County: DAVIDSON
Telephone Number: 615-350-5800
E-Mail Address (if known): N/A

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: EXPRESS PULL + SAVE
Job or Title (if known): Scrap yard / Junk yard
Address: 409 DICK BUCHANAN ST
LAVERGNE  TN  37086
City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

N/A

City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

N/A

City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

N/A

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

HERMITAGE, TN, 37076 P# 844-271-7924
3940 BELL ROAD / LAKESIDE APARTMENTS

B. What date and approximate time did the events giving rise to your claim(s) occur?

Aug 11th 2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Express Auto Pick a Part bought vehicle while it was stolen from West Nash wrecker
My vehicle was towed + sold by West Nash!
See attached for more wrecker

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT THE COURTS TO MAKE WEST NASHVILLE WRECKER TO MAKE THEM PAY ME $30,000.00 FOR LOSS OF WAGES LOSS OF EMPLOYMENT, AND THE LOSS OF MY VEHICLE WORTH $15,000.00, AND PTSD FROM ALL OF THIS $10,000.00 FOR A TOTAL OF $55,000.00. MY VEHICLE WAS MY LIFE, MY WORK, MY FAMILY DEPENDS ON ME AND THEY SOLD IT WHEN IT WASN'T THEIRS TO SELL.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-28-25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: PETER STEVEN BELLER JR.

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City / State / Zip Code: N/A

Telephone Number:
E-mail Address:

See attached

TO WHOM IT MAY CONCERN,

ON 9/16/2025 I PETER STEVEN BEELER JR. REPORTED MY 2004 CHEVROLET TAHOE Z-71 STOLEN REPORT # 2025-0561260. TWO DAYS LATER I WENT TO SAMARITAN RECOVERY TO A 28 DAY RECOVERY PROGRAM. TWO WEEKS AFTER I ARRIVED AT SAMARITAN RECOVERY ON OR AROUND OCTOBER 2ND MY WIFE KELLYE LANKFORD RECEIVED A PHONE CALL FROM A DETECTIVE NAMED JOE SHELTON FROM MNPD NASHVILLE. TN. HE INFORMED HER THAT MY VEHICLE HAD BEEN RECOVERED IN LEBANON @ THE SCRAPYARD AND THAT IT WAS PICKED UP BY S AND S TOWING OUT OF LEBANON TN. S AND S TOWING IS WHERE MY WHEEL LESS VANDALIZED VEHICLE IS CURRENTLY BEING HELD ALONG WITH HEAVY STORAGE FEES. I FELT THAT I NEEDED TO SPEAK WITH THE DETECTIVE JOE SHELTON WHOM WAS ASSIGNED TO THIS CASE BUT I COULD NEVER GET HIM TO RETURN CALLS NOR EMAILS IN REGARDS TO THIS MATTER. SO I CALLED LEBANON POLICE DEPARTMENT TO INVESTIGATE AND FOUND OUT THAT WEST NASHVILLE WRECKER @ 6400 LOUISIANA AVE. NASHVILLE,TN.37209 HAD SOLD THIS VEHICLE OR SO THEY SAY ON SEPTEMBER 18TH 2025 TO EXPRESS PULL AND SAVE IN LEBANON TN. THE SCRAP METAL YARD HAD BEEN THE ONES WHO FINALLY NOTIFIED MNPD ABOUT THE STOLEN VEHICLE AND THEN DETECTIVE JOE SHELTON OF DAVIDSON COUNTY COULDNT BE REACHED ABOUT THE STOLEN VEHICLE. SO WITH A LEBANON PD DETECTIVES HELP AND INFORMATION I CALLED WEST NASHVILLE WRECKER SERVICE WHERE HE SAID MY VEHICLE WAS PICKED UP BY ORIGINALLY AND THEY SAID THAT THEY HAD PICKED UP THE 2004 TAHOE Z-71 ON AUGUST 11TH AT 3940 BELL ROAD AT LAKESIDE APARTMENTS. AFTER SPEAKING WITH THE LADY WHOM IS SUPPOSED TO BE OVER AUCTIONING VEHICLES AT WEST NASHVILLE WRECKER SERVICE, SHE INFORMED ME THAT MY VEHICLE BEING AUCTIONED OFF TO EXPRESS PULL AND SAVE ON THE 18TH OF SEPTEMBER TWO DAYS AFTER IT WAS REPORTED STOLEN, THEY ALSO INFORMED ME THAT THE VEHICLE HAD WHEELS ON IT AND WAS IN FAIRLY NORMAL CONDITION. NOW AS OF 10/22/2025 AT S AND S TOWING IT HAS NO WHEELS WINDOWS ARE BUSTED AND THEY SAID IT IS INOPERABLE, ON TOP OF AN ENORMOUS TOW BILL THAT COULDVE BEEN AVOIDED IF THE VEHICLES VIN # HAD BEEN CHECKED BY THE BUYER/EXPRESS PULL AND SAVE OR THE SELLER / WEST NASHVILLE WRECKER SERVICE NUMBER ONE IT WOULDN'T HAVE BEEN SOLD NOR STRIPED BY EXPRESS PULL AND SAVE AND I WOULD HAVE BEEN ABLE TO AVOID BEING WITHOUT MY VEHICLE FOR MONTHS AND WOULD BE ABLE TO RETRIEVE A FULLY FUNCTIONAL VEHICLE. NOW MY VEHICLE WORTH $15,000.00 PLUS DOLLARS IS RUINED AND IT IS COSTING ME TO NOT HAVE A VEHICLE TO DRIVE AMD LOSS OF WAGES AND STRESS AND MY PTSD IS UNREAL. THANK YOU FOR YOUR TIME AND UNDERSTANDING IN THIS MATTER.

　　　　　　　　　　RESPECTFULLY SUBMITTED, PETER STEVEN BEELER JR.

PETER REELER Rom 128
565 SOUTH MT. JULIET RD.
MT. JULIET, TN. 37122

RECEIVED
OCT 31 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CLERK
719 CHURCH ST. SUITE 1300
NASHVILLE, TN. 37203

28 OCT 2025
NASHVILLE TN